The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH ARONSON, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOARDRIDERS IP HOLDINGS, LLC d/b/a BILLABONG INTERNATIONAL LIMITED,<br><br>Defendant. | No. 2:25-cv-02691-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR: January 15, 2026 |

## **STIPULATION**

Pursuant to Local Civil Rule 10(g), Plaintiff Kenneth Aronson and Boardriders IP Holdings, LLC ("Boardriders") hereby stipulate and agree, subject to the Court's approval, as follows:

1. On November 19, 2025, Plaintiff filed his Complaint in the Superior Court of the State of Washington for King County, Case No. 25-2-34692-7 SEA. Dkt. 1, Ex. B.

2. Plaintiff served the Summons and Complaint on Boardriders' registered agent on November 26, 2025. Dkt. 1, Ex. A.

3. On December 24, 2025, Boardriders removed the above-captioned case to this Court. Dkt. 1.

4. Absent an extension, Boardriders' deadline to respond to the Complaint was December 31, 2025. *See* Fed. R. Civ. P. 81(c)(2)(C).

STIP. MOT. TO EXTEND TIME TO RESPOND TO COMPLAINT
(No. 2:25-cv-02691-JLR) – 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

5. On December 22, 2025, Plaintiff's counsel agreed via email to extend Boardriders' time to respond to the Complaint to January 30, 2026.

6. As noted in the Notice of Removal, Plaintiff's counsel has agreed to amend the Complaint to add the correct entity, 5 Star Apparel LLC, as a defendant and to remove Boardriders as a defendant. Dkt. 1 at 3 n.1.

7. To allow time for Plaintiff's counsel to substitute the proper defendant, the Parties agree and stipulate (subject to Court approval) that Plaintiff shall have up to and including January 29, 2026, to amend his Complaint.

8. To allow defense counsel to familiarize itself with this matter and investigate the allegations of the amended complaint, the Parties agree and stipulate (subject to Court approval) to extend the deadline for any defendants to respond to the Complaint or amended complaint up to, and including, February 26, 2026.

9. The Parties also agree and stipulate (subject to Court approval) that Plaintiff shall have up to and including March 26, 2026, to file any opposition that might be required.

10. The Parties also agree and stipulate (subject to Court approval) that any defendants shall have up to and including April 9, 2026, to file any reply to Plaintiff's opposition.

11. The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines as set forth herein. The requested extension will provide Plaintiff time to substitute 5 Star Apparel LLC as a proper defendant and will provide Boardriders the time necessary to consider the issues presented in the amended complaint.

12. Except for the extension request described above, the Parties have not sought or obtained any prior extensions of time in this matter.

IT IS SO STIPULATED.

DATED this 15th day of January, 2026.

STIP. MOT. TO EXTEND TIME TO RESPOND TO COMPLAINT
(No. 2:25-cv-02691-JLR) – 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| EMERY REDDY, PC | DAVIS WRIGHT TREMAINE LLP |
| By: */s/ M. Anderson Berry* | By: */s/ Lauren B. Rainwater* |
| Timothy W. Emery, WSBA #34078<br>M. Anderson Berry, WSBA #63160<br>Gregory Haroutunian<br>Brandon P. Jack<br>EMERY REDDY, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Tel: 916-823-6955<br>E-mail: anderson@emeryreddy.com<br>E-mail: gregory@emeryreddy.com<br>E-mail: brandon@emeryreddy.com<br>E-mail: tim@emeryreddy.com | Lauren B. Rainwater, WSBA #43625<br>Rachel Herd, WSBA #50339<br>Bryan Taylor, WSBA #55642<br>Joshua Peck, WSBA #64328<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206-622-3150<br>laurenrainwater@dwt.com<br>rachelherd@dwt.com<br>bryantaylor@dwt.com<br>joshpeck@dwt.com |
| Alexander E. Wolf, *pro hac vice* forthcoming<br>MILBERG, PLLC<br>280 South Beverly Drive, PH<br>Beverly Hills, CA 90212<br>Tel: 872-365-7060<br>E-mail: awolf@milberg.com | **Attorneys for Boardriders IP Holdings, LLC** |
| William J. Edelman, *pro hac vice* forthcoming<br>MILBERG, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: 771-474-1121<br>E-mail: wedelman@milberg.com | |
| **Attorneys for Plaintiff** | |

STIP. MOT. TO EXTEND TIME TO RESPOND TO COMPLAINT
(No. 2:25-cv-02691-JLR) – 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion. Plaintiff shall have up and including January 29, 2026 to file an amended complaint. Any defendants shall have up to and including February 26, 2026 to respond to the Complaint or amended complaint. Plaintiff shall have up to and including March 26, 2026, to file any opposition that might be required, and any defendants shall have up to and including April 9, 2026, to file any reply to Plaintiff's opposition.

IT IS SO ORDERED this 15th day of January, 2026.

_____
Honorable James L. Robart
United States District Judge

Presented by:

| | |
|---|---|
| Timothy W. Emery, WSBA #34078 | DAVIS WRIGHT TREMAINE LLP |
| M. Anderson Berry, WSBA #63160 | Lauren B. Rainwater, WSBA #43625 |
| Gregory Haroutunian | Rachel Herd, WSBA #50339 |
| Brandon P. Jack | Bryan Taylor, WSBA #55642 |
| EMERY REDDY, PC | Joshua Peck, WSBA #64328 |
| 600 Stewart Street, Suite 1100 | 920 Fifth Avenue, Suite 3300 |
| Seattle, WA 98101 | Seattle, WA 98104-1610 |
| Tel: 916-823-6955 | Telephone: 206-622-3150 |
| E-mail: anderson@emeryreddy.com | laurenrainwater@dwt.com |
| E-mail: gregory@emeryreddy.com | rachelherd@dwt.com |
| E-mail: brandon@emeryreddy.com | bryantaylor@dwt.com |
| E-mail: tim@emeryreddy.com | joshpeck@dwt.com |

Alexander E. Wolf, *pro hac vice* forthcoming
MILBERG, PLLC
280 South Beverly Drive, PH
Beverly Hills, CA 90212
Tel: 872-365-7060
E-mail: awolf@milberg.com

**Attorneys for Defendant**

STIP. MOT. TO EXTEND TIME TO RESPOND TO COMPLAINT
(No. 2:25-cv-02691-JLR) – 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1

2  William J. Edelman, *pro hac vice* forthcoming
   MILBERG, PLLC
3  227 W. Monroe Street, Suite 2100
   Chicago, IL 60606
4  Tel: 771-474-1121
   E-mail: wedelman@milberg.com
5

6  ***Attorneys for Plaintiff***

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIP. MOT. TO EXTEND TIME TO RESPOND TO COMPLAINT
(No. 2:25-cv-02691-JLR) – 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax