UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH ARONSON, | CASE NO. C25-2691JLR |
| Plaintiff, | ORDER |
| v. | |
| 5 STAR APPAREL LLC, | |
| Defendant. | |

Before the court is Defendant 5 Star Apparel LLC's ("5 Star") notice of constitutional question.  (Notice (Dkt. # 21).)  5 Star has moved to dismiss Plaintiff Kenneth Aronson's first amended complaint on the ground that Washington's Commercial Electronic Mail Act ("CEMA"), ch. 19.190 RCW, is unconstitutional under

//

//

//

//

ORDER - 1

the dormant Commerce Clause of the United States Constitution. (*Id.*; *see* MTD (Dkt. # 20) at 6-11;[1] Am. Compl. (Dkt. # 18).)

Federal Rule of Civil Procedure 5.1(b) requires the court to certify to the Washington Attorney General that a state statute is being challenged as unconstitutional. Fed. R. Civ. P. 5.1(b). The Attorney General then has 60 days to intervene in the case. Fed. R. Civ. P. 5.1(c). Accordingly, the court DIRECTS the Clerk to send a copy of this order, Mr. Aronson's amended complaint (Dkt. # 18), 5 Star's motion to dismiss (Dkt. # 20), and 5 Star's notice of constitutional question (Dkt. # 21) to the Office of the Attorney General, 1125 Washington St. SE, P.O. Box 40100, Olympia, WA 98504-0100.

Dated this 3rd day of March, 2026.

JAMES L. ROBART
United States District Judge

---

[1] 5 Star also asserts that (1) Mr. Aronson fails to state a claim under CEMA and (2) CEMA is preempted by the Controlling the Assault of Non-Solicted Pornography and Marketing Act ("CAN-SPAM"). (*See generally* MTD.)

ORDER - 2