The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH ARONSON, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>   and<br><br>STATE OF WASHINGTON,<br><br>        Proposed Plaintiff-Intervenor,<br><br>   v.<br><br>5 STAR APPAREL LLC,<br><br>        Defendant. | No. 2:25-cv-02691-JLR<br><br>STATE OF WASHINGTON'S STIPULATED MOTION AND [~~PROPOSED~~] ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b)<br><br>Note for Motion Calendar:<br>April 2, 2026 |

Proposed Plaintiff-Intervenor the State of Washington respectfully requests that the Court grant its intervention as a matter of right in the above-captioned matter for the limited purpose of defending the constitutionality of the Washington Commercial Electronic Mail Act (CEMA), Wash. Rev. Code § 19.190.060. Defendant 5 Star Apparel LLC's Motion to Dismiss (Dkt. 20) argues that CEMA violates the dormant Commerce Clause and is preempted by federal law pursuant to the Supremacy Clause. On February 26, 2026, Defendant filed and served notice of the constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b). Dkt. 21.

STATE OF WASHINGTON'S STIPULATED
MOTION AND [~~PROPOSED~~] ORDER RE
INTERVENTION UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 1
(2:25-cv-02691)

Pursuant to 28 U.S.C. § 2403(b), the State "shall [be] permit[ted] . . . to intervene . . . on the question of constitutionality." "Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed . . . . Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c).

The State is prepared to file its substantive brief in opposition to Defendant's Motion to Dismiss by **April 27, 2026**.

To avoid duplicative filings and unnecessary burden on Defendant and the Court, the parties agree and stipulate that Defendant may file a combined reply to Plaintiffs' and the State's respective briefs in opposition to the Motion to Dismiss. The combined reply will be due **May 11, 2026**. The parties likewise stipulate to re-note the Motion to Dismiss for **May 11, 2026**. Further, the parties stipulate, subject to Court approval, that Defendant will receive an expanded word limit of 6,300 total words to accommodate its need to respond to two separate briefs in a combined reply.

//
//
//
//
//
//
//
//
//
//

STATE OF WASHINGTON'S STIPULATED
MOTION AND [~~PROPOSED~~] ORDER RE
INTERVENTION UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 2
(2:25-cv-02691)

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 2, 2026

NICHOLAS W. BROWN
Attorney General

*s/ Ben Brysacz*
BEN BRYSACZ, WSBA #54683
Assistant Attorney General

*s/ Robert Hyde*
ROBERT HYDE, WSBA #33593
Assistant Attorney General

*s/ Claire McNamara*
CLAIRE MCNAMARA, WSBA #50097
Assistant Attorney General

Attorneys for Movant State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-474-7744
ben.brysacz@atg.wa.gov
robert.hyde@atg.wa.gov
claire.mcnamara@atg.wa.gov

Dated: April 2, 2026

EMERY REDDY, PC

*s/ Alexander E. Wolf (with permission)*
M. ANDERSON BERRY, WSBA #63160
TIMOTHY W. EMERY, WSBA #34078
BROOK GARBERDING, WSBA #37140
GREGORY HAROUTUNIAN, *pro hac vice*
BRANDON P. JACK, *pro hac vice*
600 Stewart Street, Suite 1100
Seattle, WA  98101
916.823.6955
anderson@emeryreddy.com
emeryt@emeryreddy.com
brook@emeryreddy.com
gregory@emeryreddy.com
brandon@emeryreddy.com

STATE OF WASHINGTON'S STIPULATED
MOTION AND [~~PROPOSED~~] ORDER RE
INTERVENTION UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 3
(2:25-cv-02691)

MILBERG, PLLC
Alexander E. Wolf, *pro hac vice*
280 South Beverly Drive, PH
Beverly Hills, CA 90212
872-365-7060
awolf@milberg.com

*Attorneys for Plaintiff and Proposed Class*

Dated: April 2, 2026

DAVIS WRIGHT TREMAINE LLP

*s/ Lauren B. Rainwater (with permission)*
LAUREN B. RAINWATER, WSBA #43625
RACHEL HERD, WSBA #50339
BRYAN TAYLOR, WSBA #55642
JOSHUA PECK, WSBA #64328
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206-622-3150
laurenrainwater@dwt.com
rachelherd@dwt.com
bryantaylor@dwt.com
joshpeck@dwt.com

*Attorneys for Defendant 5 Star Apparel LLC*

*I certify that this memorandum contains 311 words, in compliance with the Local Civil Rules.*

STATE OF WASHINGTON'S STIPULATED
MOTION AND [~~PROPOSED~~] ORDER RE
INTERVENTION UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 4
(2:25-cv-02691)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated this 2nd day of April, 2026.


_____
THE HONORABLE JAMES L. ROBART
United States District Judge

STATE OF WASHINGTON'S STIPULATED
MOTION AND [~~PROPOSED~~] ORDER RE
INTERVENTION UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 5
(2:25-cv-02691)